UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN DEUTSH, Plaintiff | § § | |
| v. | § § | CIVIL ACTION No. 1:15-CV-490-LY |
| ROY HENRY, Defendant | § | |

## ADVISORY OF DEPOSITION SCHEDULE

Plaintiff John Deutsh and Defendant Roy Henry advise the Court that they have agreed on the following schedule for a deposition in this case:

Friday, April 15: 10:30 am, Plaintiff Roy Henry.

Dated: March 30, 2016

Respectfully submitted,

/s/ James C. Harrington
James C. Harrington
Texas Bar No. 09048500
1405 Montopolis Drive
Austin, TX 78741
(512) 474-5073 (phone)
(512) 474-0726 (fax)

ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I certify that on March 30, 2016 I electronically filed the foregoing with this Court using the CM/ECF system, which will send notification of such filing to Plaintiff' counsel, Omar Rosales, via e-mail at talon_eye@yahoo.com.

/s/ James C. Harrington
James C. Harrington