UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN DEUTSH, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:15-CV-490-LY |
| | § | |
| ROY HENRY, | § | |
| Defendant | § | |

**DEFENDANT'S DESIGNATION OF EXPERT**

Pursuant to the scheduling order in this case, Defendant hereby designates John Rickard as his expert in this case to testify on the allegations of non-compliance with the Americans with Disabilities Act in this cause.

His information is: John A. Rickard, AIA, PE, RAS
P3 Consulting
5838 Balcones Dr., Suite B
Austin, Texas 78731      phone 512.291.6300

An example of his credentials and work for the American Institute of Architects is shown in a 42-page document at:

https://www.aiaaustin.org/sites/default/files/aia_case_studies_lecture_20130820.pdf.

Mr. Rickard has visited the facility at issue to evaluate Defendant's allegations of non-ADA compliance and will use, as exhibits, the photographs that Plaintiff has attached to his Complaint.

As of this point, Mr. Rickard has charged nothing for his services, and no contract exists for his remuneration, if any.

Dated: March 31, 2016

Respectfully submitted,

1

_____

James C. Harrington
Texas Bar No. 09048500

1405 Montopolis Dr.
Austin, TX 78741
(512) 474-5073 [phone]
(512) 474-0726 [fax]

ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

    I certify that on March 31, 2016, I served this document to counsel of record for the Defendant, Omar W. Rosales, P.O. Box 6429, Austin, TX 78762, through this Court's system and via e-mail to talon_eye@yahoo.com.

_____

James C. Harrington