**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**



JON R. DEUTSCH,                §
          PLAINTIFF,      §
                        §
V.                             §
                        §
ROY HENRY,                     §      A-15-CV-490-LY-ML
          DEFENDANT.     §

 

                        §
JON R. DEUTSCH,                §
          PLAINTIFF,      §
                        §
V.                             §
                        §      A-15-CV-807-LY-ML
DRAKER ENTERPRISES, INC.,      §
          DEFENDANT.     §

 

                        §
JON R. DEUTSCH,                §
          PLAINTIFF,      §
                        §
V.                             §
                        §      A-15-CV-1238-LY-ML
CHIWAWA, INC.,                 §
          DEFENDANT.     §

 

                        §
JON R. DEUTSCH,                §
          PLAINTIFF,      §
                        §
V.                             §
                        §      A-16-CV-88-LY-ML
CHRIS D. CLARK AND RONI CLARK, §
          DEFENDANTS.    §

JON R. DEUTSCH,                               §
                        PLAINTIFF,            §
V.                                            §
                                             §
LA TIERRA DE SIMMONS FAMILIA                  §          A-15-CV-901-RP-ML
LTD.,                                         §
                        DEFENDANT.            §


JON R. DEUTSCH,                               §
                        PLAINTIFF,            §
V.                                            §
                                             §          A-15-CV-974-RP-ML
PHIL'S ICEHOUSE INC.,                         §
                        DEFENDANT.            §

## ORDER

Before the court are the above styled and numbered causes of action.  Defendant in each case filed a motion for sanctions, alleging that Plaintiff and Plaintiff's attorney engaged in bad-faith conduct in the litigation.  This court referred the motions to the United States Magistrate Judge, who signed an order on December 7, 2016, granting the motions and awarding $32,962.50 in fees to Defendants' attorney James Harrington and $136,122.50 in fees and $6,588.78 in expenses to Defendants' attorneys Herring & Panzer, L.L.P.  Plaintiff filed objections to the magistrate judge's order, and the court overruled the objections and affirmed the order of the magistrate judge.  Accordingly,

**IT IS ORDERED** that Defendants' attorney James Harrington is awarded $32,962.50 in fees, and Defendants' attorneys Herring & Panzer, L.L.P. are awarded $136,122.50 in fees and $6,588.78 in expenses against Plaintiff Jon. R. Deutsch and his attorney Omar Rosales, jointly and severally.  This is the total collective amount awarded in the five causes of action referenced

2

above and once paid shall discharge the obligation in all five causes.

SIGNED this 28th day of March, 2017.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

3