UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JON R. DEUTSCH<br>Plaintiff,<br><br>v.<br><br>ROY HENRY        ,<br>Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:15-CV-490-LY |
| JON R. DEUTSCH,<br>Plaintiff,<br><br>v.<br><br>DRAKER ENTERPRISES, INC.,<br>Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:15-CV-00807-LY |
| JON R. DEUTSCH<br>Plaintiff,<br><br>v.<br><br>CHIWAWA, INC.,<br>Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION No. 1:15-CV-1238-LY |
| JON R. DEUTSCH,<br>Plaintiff,<br><br>v.<br><br>CHRIS D. and RONI CLARK,<br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:16-CV-88-LY |
| JOHN DEUTSH,<br>Plaintiff,<br><br>v.<br><br>LA TIERRA DE SIMMONS<br>FAMILIA, LTD.,<br>Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:15-CV-901-RP |

| | |
|---|---|
| JON R. DEUTSCH §<br>Plaintiff, §<br>§<br>v. §<br>§<br>PHIL'S ICEHOUSE, INC. §<br>Defendant §<br>§ | CIVIL ACTION NO. 1:15-CV-974-RP |

JON R. DEUTSCH                §
Plaintiff,                    §
                              §
                              §
v.                            §   CIVIL ACTION NO. 1:15-CV-974-RP
                              §
PHIL'S ICEHOUSE, INC.         §
Defendant                     §

**MOTION TO AMEND ORDER GRANTING SANCTIONS**

Pursuant to Federal Rules of Civil Procedure 59(e) and 60(a), the Defendants in each of the respective six captioned cases above respectfully ask the Court to modify its order on sanctions, filed Mary 29, 2017, to clarify that liability for the sanctions lays only against Plaintiff's counsel, and not jointly and severally against Plaintiff himself, in each of the six cases above, consistent with page 28 of the U.S. Magistrate Judge's December 7, 2015 order.[1]

This motion also seeks to clarify a clerical error in that the order refers to five cases in the caption, whereas there are six cases.

Attached is a proposed order.

Dated: March 31, 2017.

                                                Respectfully submitted,

                                                /s/ James C. Harrington_____
                                                James C. Harrington
                                                Texas Bar No. 09048500
                                                1405 Montopolis Drive
                                                Austin, TX 78741
                                                  (512) 474-5073 [phone]
                                                  (512) 474-0726 [fax]

---

[1] "The undersigned then made some specific findings based on the testimony and evidence provided at the hearing. Specifically, the undersigned found that Rosales had conducted himself in bad faith throughout the litigation of these six cases …. Based on the evidence presented, including Rosales' statement that all charged conduct was his alone, the undersigned did not make a "bad faith" finding as to Deutsch." Order, December 7, 2016, p. 28).

        */s/ Charles Herring, Jr.*
        Charles Herring, Jr.
        State Bar No. 09534100
        chuck@herringpanzer.com
        Jason M. Panzer
        State Bar No. 00797198
        jason@herringpanzer.com
        **HERRING & PANZER, L.L.P.**
        1411 West Avenue, Suite 100
        Austin, Texas  78701
        (512) 320-0665 (Office)
        (512) 519-7580 (Facsimile)
        CO-COUNSEL FOR DEFENDANTS,
        CHRIS D. and RONI CLARK, DRAKER
        ENTERPRISES, INC., and ROY HENRY

        ATTORNEY FOR DEFENDANTS
        IN THIS CONSOLIDATED FILING

## CERTIFICATE OF CONFERENCE

I certify that, on March 31, 2017, I sent a copy of this motion to Plaintiff's counsel earlier this day at 12:43pm; but counsel has not responded, even though the motion and order would be to his client's benefit.

        /s/ James C. Harrington
        James C. Harrington

## CERTIFICATE OF SERVICE

I certify that, on March 31, 2017, I electronically filed the foregoing with this Court using the CM/ECF system, which will send notification of such filing to Plaintiff's counsel, Omar W. Rosales. I also served opposing counsel via e-mail at talon_eye@yahoo.com.

        /s/ James C. Harrington
        James C. Harrington